**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois, Eastern Division**

**VOLUNTARY PETITION**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**COHEN, MARCUS LEWIS** | Name of Joint Debtor (Last, First, Middle):<br>**COHEN, NANCY EILEEN** |
| All Other Names Used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>MARK COHEN | All Other Names Used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or Tax I.D.<br>No. (if more than one, state all): 4046 | Last four digits of Soc. Sec. No. / Complete EIN or Tax I.D.<br>No. (if more than one, state all): 1004 |
| Street Address of Debtor (including zip code):<br>1755 LAKE COOK ROAD<br>#321<br>HIGHLAND PARK, IL 60035 | Street Address of Joint Debtor (including zip code):<br>1755 LAKE COOK ROAD<br>#321<br>HIGHLAND PARK, IL  60035 |
| County of Residence or Principal Place of Business:<br>LAKE | County of Residence or Principal Place of Business:<br>LAKE |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address): | |

## INFORMATION REGARDING DEBTOR

**Venue**  (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| | | |
|---|---|---|
| **Type of Debtor**    (Check all boxes that apply)<br>☒ Individual(s)            ☐ Railroad<br>☐ Corporation            ☐ Stockbroker<br>☐ Partnership            ☐ Commodity Broker<br>☐ Other _____ | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed**    (Check one box)<br><br>☒ Chapter 7      ☐ Chapter 11      ☐ Chapter 13<br>☐ Chapter 9      ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts**    (Check one box)<br>☒ Consumer/Non-Business        ☐ Business | | |
| **Chapter 11 Small Business**    (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | | **Filing Fee**    (Check one box)<br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only).<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form. |

**Statistical/Administrative Information**    (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will
be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
☐ 1-15    ☒ 16-49    ☐ 50-99    ☐ 100-199    ☐ 200-999    ☐ 1000-over

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**VOLUNTARY PETITION**

Name of Debtor(s): COHEN, MARCUS LEWIS
COHEN, NANCY EILEEN

| Prior Bankruptcy Case Filed Within Last 6 Years | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## SIGNATURES

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under Chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

| | |
|---|---|
| /s/ Marcus Cohen | 10- 9-2005 |
| **Signature of Debtor** | Date |
| | |
| /s/ Nancy Cohen | 10- 9-2005 |
| **Signature of Co-Debtor** | Date |

### Signature of Attorney

/s/ Donald J. Cosley

Signature of Attorney

State Bar Member Number: 6224715

10- 9-2005
Date

Street Address:
1931 ROHLWING ROAD
SUITE #C
ROLLING MEADOWS, IL 60008
Telephone Number:
847-253-3100

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

| | |
|---|---|
| Signature of Authorized Individual | Date |
| Printed Name of Authorized Individual | |
| Title of Authorized Individual | |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

| | |
|---|---|
| /s/ Donald J. Cosley | 10- 9-2005 |
| Signature of Attorney | Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

| | |
|---|---|
| **Signature of Bankruptcy Petition Preparer** | Date |

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

In re: **COHEN, MARCUS AND NANCY**     Case No. _____

            **Debtor**                                         (if known)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois, Eastern Division

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $9700.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $10239.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | $177433.62 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $4,037.92 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $3,836.00 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | $9,700.00 | | |
| Total Liabilities | | | | $187,672.62 | |

## SUMMARY INFORMATION SHEET

**Please Carefully and Accurately Complete the Following**

| | | |
|---|---|---|
| Do ASSETS require the immediate protection/attention of the trustee? | ☐ Yes | ☒ No |
| Has anyone received any compensation for services rendered in this case? | ☒ Yes | ☐ No |

---

HEARING SITE BEING REQUESTED:                                    CHAPTER: 7

---

Is this a Pro Se Case?                    ☐ Yes          ☒ No

Is this a Split Case?                     ☒ Yes          ☐ No

County Code Number:

Debtors Name: MARCUS AND NANCY COHEN

Non-filing spouse's name:

      Address: 1755 LAKE COOK ROAD
            #321
            HIGHLAND PARK, IL 60035

Non-filing spouse's social security number:

Primary attorney phone number: 847-253-3100

---

# DEBTOR ACKNOWLEDGEMENT

THE UNDERSIGNED DEBTORS, being full advised, do hereby acknowledge as follows:

1.  They have read their bankruptcy petition and schedules and exhibits and the same are true to the best of their knowledge and belief under penalties of perjury.

2.  To the best of their knowledge, they have listed all their assets as shown on Schedules A and B and they have reviewed these schedules thoroughly.

3.  They understand that in the event they become entitled to an inheritance or life insurance proceeds within 180 days after filing bankruptcy, that this would be an asset of the bankruptcy estate.

4.  If the debtor is filing singularly but is married, in the event the debtor receives a marital property settlement within 180 days after filing bankruptcy, that this too is an asset of the bankruptcy estate.

5.  Have either of the debtor transferred property over $1,000 in value, at any one time, without adequate consideration, within 4 years prior to filing bankruptcy?

If yes, to whom, when, and what was the value of the property?

6.  If you have a land contract for real estate or a Uniform Commercial Code UCC Financing Statement filed against you, please bring a copy of the recorded document to the 341 hearing.

7.  If you own an automobile, mobile home or boat and the item is worth more than $3,000, and if their is a lien on this item, please bring the title to the 341 meeting, or other evidence of lien perfection.

8.  Do you have any claims pending or contemplated against anyone or any entity?

(Note if you fail to advise me of this, it is possible you will not be entitled to pursue any such claims!)

If yes, explain:

The Undersigned understand the above.

| /s/ Marcus Cohen | 10- 9-2005 | | /s/ Nancy Cohen | 10- 9-2005 |
|---|---|---|---|---|
| Signature of Debtor | Date | | Signature of Co-Debtor | Date |

In re:                                                                    Case No.
         COHEN, MARCUS AND NANCY
                    **Debtor**                                                (if known)

# DECLARATION CONCERNING DEBTOR(S) SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 25 sheets (total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

| 10- 9-2005 | /s/ Marcus Cohen |
|---|---|
| Date | **Signature of Debtor** |
| 10- 9-2005 | /s/ Nancy Cohen |
| Date | **Signature of Co-Debtor** |

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of [total shown on summary page plus 1] sheets, and that they are true and correct to the best of my knowledge, information, and belief.

| | |
|---|---|
| Date | **Signature of Debtor** |
| Date | **Signature of Joint Debtor (if any)** |

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisionment for up to 5 years or both. 18 U.S.C. § 152 and 3571.

In re: _____    Case No. _____
                    COHEN, MARCUS AND NANCY
                              **Debtor**                                                    (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".  If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| NONE | | | | |
| | | | Total | |

In re: COHEN, MARCUS AND NANCY

Debtor                                                     Case No.              (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the same case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state the person's name and address under "Description and Location of Property".

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | ☒ | | | |
| 2.  Checking, savings or other financial accounts, CD's, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives. | ☐ | BANK OF AMERICA CLEARWATER, FL CHECKING ACCOUNT | W | $1,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | ☒ | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | ☐ | COUCH, TV, DRESSER, BEDROOM SET | J | $500.00 |

In re: COHEN, MARCUS AND NANCY

**Debtor**

Case No. (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | ☒ | | | |
| 6.  Wearing apparel. | ☐ | NORMAL & ORDINARY | J | $200.00 |
| 7.  Furs and jewelry. | ☒ | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | ☒ | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | ☒ | | | |
| 10. Annuities.  Itemize and name each issuer. | ☒ | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | ☒ | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | ☒ | | | |

In re: _____COHEN, MARCUS AND NANCY_____  Case No. _____

**Debtor**                                                          (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Interest in partnerships or joint ventures. Itemize. | ☒ | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | ☒ | | | |
| 15.  Accounts receivable. | ☒ | | | |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled.  Give particulars. | ☒ | | | |
| 17. Other liquidated debts owing debtor including tax refunds.  Give particulars. | ☒ | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | ☒ | | | |
| 19. Contingent and noncontingent interests in estate of a decendant, death benefit plan, life insurance policy, or trust. | ☒ | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | ☒ | | | |

In re:     COHEN, MARCUS AND NANCY,         Case No.

**Debtor**                                  (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Patents, copyrights, and other intellectual property.  Give particulars. | ☒ | | | |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | ☒ | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | ☐ | 2002 MITSUBISHI LANCER | J | $8,000.00 |
| 24. Boats, motors, and accessories. | ☒ | | | |
| 25. Aircraft and accessories. | ☒ | | | |
| 26. Office equipment, furnishings, and supplies. | ☒ | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | ☒ | | | |
| 28. Inventory. | ☒ | | | |

In re:                    COHEN, MARCUS AND NANCY,                          Case No.
                          **Debtor**                                        (if known)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Animals. | ☒ | | | |
| 30. Crops - growing or harvested.  Give particulars. | ☒ | | | |
| 31. Farming equipment and implements. | ☒ | | | |
| 32. Farm supplies, chemicals, and feed. | ☒ | | | |
| 33. Other personal property of any kind not already listed, such as season tickets. Itemize. | ☒ | | | |
| | ☐ | | | |
| | ☐ | | | |
| | ☐ | | | |
| | | Total | | $9,700.00 |

In re:
COHEN, MARCUS AND NANCY
**Debtor**                                                Case No.
                                                         (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under: (check one box)

☐  11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d).  **Note: These exemptions are available only in certain states.**

☒  11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has
       been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day
       period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the
       interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| BANK OF AMERICA CLEARWATER, FL CHECKING ACCOUNT | 735-5/12-1001(b); In re Johnson, 57 B.R. 635 (N.D. Ill. 1986) | 1000.00 | $1,000.00 |
| COUCH, TV, DRESSER, BEDROOM SET | 735-5/12-1001(b); In re Johnson, 57 B.R. 635 (N.D. Ill. 1986) | 500.00 | $500.00 |
| NORMAL & ORDINARY | 735-5/12-1001(a) | 200.00 | $200.00 |

In re: _____   Case No. _____
      COHEN, MARCUS AND NANCY
                    **Debtor**                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

   State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  List creditors holding all types of secured interests such as judgement liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

   If the claim is contingent, place an "X" in the column labeled "Contingent".  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed".  (You may need to place an "X" in more than one of these three columns.)

   Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: 10005062423419001____<br>MITSUBISHI CREDIT<br>10805 HOLDER STREET<br>STE. 300<br>CYRPESS, CA  90630 | ☐ | J | 2002 MITSUBISHI LANDER<br><br><br><br>VALUE $           $8,000.00 | ☐ | ☐ | ☐ | $10,239.00 | |
| Account Number: _____ | ☐ | | <br><br><br><br>VALUE $ | ☐ | ☐ | ☐ | | |
| Account Number: _____ | ☐ | | <br><br><br><br>VALUE $ | ☐ | ☐ | ☐ | | |
| Account Number: _____ | ☐ | | <br><br><br><br>VALUE $ | ☐ | ☐ | ☐ | | |
| | | | Subtotal<br>(Total of this page) | | | | $10,239.00 | |
| | | | Total<br>(Use only on last page) | | | | $10,239.00 | |

__0__  continuation sheets attached

In re: COHEN, MARCUS AND NANCY                                Case No.
_____
              **Debtor**                                      (if known)


# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled Codebtor, include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent".  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed".  (You may need to place an "X" in more than one of these three columns.)

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extend provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,300* per farmer of fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $1,950* deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTR, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____ continuation sheets attached

In re: _____COHEN, MARCUS AND NANCY_____      Case No. _____
         **Debtor**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent".  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated".  If the claim is disputed, place an "X" in the column labeled "Disputed".  (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim.  If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 5424-1802-0508-7148<br>NCO FINANCIAL SYSTEMS, INC.<br>507 PRUDENTIAL ROAD<br>HORSHAM, PA  19044 | ☐ | | COLLECTION FOR CITIBANK | ☐ | ☐ | ☐ | $3,884.37 |
| Account Number: 5003141421<br>NORTHSIDE HOSPITAL AND HEART INSTITUTE<br>P.O. BOX 1021<br>LOUISVILLE, KY  40201 | ☐ | | MEDICAL SERVICES | ☐ | ☐ | ☐ | $353.22 |
| Account Number: 5003141421<br>NORTHSIDE HOSPITAL<br>P.O. BOX 9800<br>PALM HARBOR, FL  34682 | ☐ | | MEDICAL SERVICES | ☐ | ☐ | ☐ | $353.22 |
| Account Number: 5839105482<br>BP AMOCO<br>CITIBANK NA<br>PROCESSING CENTER<br>DES MOINES, IA  50360-6600 | ☐ | | GASOLINE AND MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $834.04 |
| | | | | | Subtotal<br>(Total of this page) | | $5,424.85 |
| | | | | | Total<br>(Use only on last page) | | |

____10____  continuation sheets attached

In re: **COHEN, MARCUS AND NANCY**                                           Case No. _____
         _____
                        **Debtor**                                              (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim.  If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 5839105482<br>PLAZA ASSOCIATES<br>P.O. BOX 18008<br>NAUPPAUGE, NY  11788-8808 | ☐ | | COLLECTION FOR BP AMOCO | ☐ | ☐ | ☐ | $834.04 |
| Account Number: 0469217832<br>NCC/COMMONWEALTH FIN. SYSTEMS<br>120 N. KEYSER AVENUE<br>SCRANTON, PA  18504 | ☐ | | COLLECTION FOR AMERICAN ELECTRIC POWER | ☐ | ☐ | ☐ | $37.47 |
| Account Number: 4436-0130-5083-8795<br>NATIONAL CITY BANK<br>P.O. BOX 500<br>PORTAGE, MI  49081 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $14,254.72 |
| Account Number: 4436-0130-5083-8795<br>FIRST AMERICAN INVESTMENT CO.<br>GIOVE LAW OFFICE, PC<br>P.O. BOX 992<br>BUFFALO, NY  14207 | ☐ | | COLLECTION FOR NATIONAL CITY BANK | ☐ | ☐ | ☐ | $14,254.72 |
| Account Number: 51763574-11<br>MARK SHALE 95<br>P.O. BOX 820109<br>PHILADELPHIA, PA  19182-0109 | ☐ | | | ☐ | ☐ | ☐ | $318.39 |
| Account Number: 51763574-11<br>RAI CREDIT CORP.<br>MITCHELL N. KAY PC<br>7 PENN PLAZA<br>NEW YORK, NY  10001-3995 | ☐ | | COLLECTION FOR MARK SHALE 95 | ☐ | ☐ | ☐ | $318.39 |
| Account Number: 7272999283020319<br>VERIZON<br>1 VERIZON PLACE<br>MC GA3B1 1HR<br>ALPHARETTA, GA  30004-8510 | ☐ | | | ☐ | ☐ | ☐ | $85.74 |
| | | | Subtotal<br>(Total of this page) | | | | $30,103.47 |
| | | | Total<br>(Use only on last page) | | | | |

Sheet no.  1  of  10   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: **COHEN, MARCUS AND NANCY** Case No. _____
_____
Debtor (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 7272999283020319<br>SOLOMON & SOLOMON<br>COLUMBIA CIRCLE<br>P.O. BOX 15019<br>ALBANY, NY  12212-5019 | ☐ | | COLLECTION FOR VERIZON | ☐ | ☐ | ☐ | $85.74 |
| Account Number: 41837<br>INTERCARE COMMUNITY HEALTH<br>50 INDUSTRIAL PARK DRIVE<br>BANGOR, MI  49013-0130 | ☐ | | MEDICAL SERVICES | ☐ | ☐ | ☐ | $183.20 |
| Account Number: 34530<br>INTERCARE COMMUNITY HEALTH<br>50 INDUSTRIAL PARK DRIVE<br>BANGOR, MI  49013-0130 | ☐ | | MEDICAL SERVICES | ☐ | ☐ | ☐ | $253.00 |
| Account Number: 6011-3006-4150-2263<br>DISCOVER FINANCIAL<br>P.O. BOX 15316<br>WILMINGTON, DE  19850-5316 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $6,287.00 |
| Account Number: 48725202-13<br>FIRST SELECT DISCOVER<br>CREDIGY SERVICES CORP.<br>MITCHELL N. KAY PC<br>7 PENN PLAZA<br>NEW YORK, NY  10001-3995 | ☐ | | COLLECTION FOR FIRST SELECT DISCOVER | ☐ | ☐ | ☐ | $5,139.58 |
| Account Number: 4366-1110-1129-1635<br>SHERMAN ACQUISITION, LLP<br>FINANCIAL RECOVER SERVICES, INC.<br>P.O. BOX 385908<br>MINNEAPOLIS, MN  55438-5908 | ☐ | | | ☐ | ☐ | ☐ | $6,223.46 |
| Account Number: CG3C89474432096<br>MONOGRAM CREDIT CARD BANK<br>FINANCIAL RECOVER SERVICES, INC.<br>P.O. BOX 385908<br>MINNEAPOLIS, MN  55438-5908 | ☐ | | COLLECTION AGENCY | ☐ | ☐ | ☐ | $540.56 |
| | | | | | | Subtotal<br>(Total of this page) | $18,712.54 |
| | | | | | | Total<br>(Use only on last page) | |

Sheet no. _2_ of _10_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: **COHEN, MARCUS AND NANCY** Case No. _____

| **Debtor** | | | | | | | | (if known) |

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 47343207<br>FDS BANK/RETAIL<br>VAN RU CREDIT CORP.<br>10024 SKOKIE BLVD.<br>SUITE 2<br>SKOKIE, IL 60077-1109 | ☐ | | COLLECTION FOR FDS BANK/RETAIL | ☐ | ☐ | ☐ | $714.66 |
| Account Number: 4121-7415-2433-9624<br>CAPITAL ONE SERVICES<br>4851 COX ROAD #12038-0460<br>GLEN ALLEN, VA 23060 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $582.73 |
| Account Number: 4121-7415-2433-9624<br>ARROW FINANCIAL SERVICES, LLC<br>5996 WEST TOUHY AVE.<br>NILES, IL 60714-4610 | ☐ | | COLLECTION FOR CAPITAL ONE | ☐ | ☐ | ☐ | $582.73 |
| Account Number: 4678000649847<br>ASSET ACCEPTANCE LLC<br>P.O. BOX 2036<br>WARREN, MI 48090-2036 | ☐ | | COLLECTION FOR ASTA/FIRST CHICAGO | ☐ | ☐ | ☐ | $7,294.44 |
| Account Number: 90080639287890<br>CHASE RECEIVABLES<br>1247 BROADWAY<br>SONOMA, CA 95476 | ☐ | | COLLECTION FOR RETAILER'S NAT'L TARGET STORE | ☐ | ☐ | ☐ | $471.14 |
| Account Number: 4388-6417-7813-2493<br>CAPITAL ONE BANK<br>PROFESSIONAL CREDIT SERVICES<br>P.O. BOX 13128<br>HAUPPAUGE, NY 11788-0563 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $2,176.71 |
| Account Number: 5291-1521-2672-1691<br>CAPITAL ONE<br>GOLD MASTERCARD<br>P.O. BOX 85015<br>RICHMOND, VA 23285-5015 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $688.09 |
| | | | Subtotal<br>(Total of this page) | | | | $12,510.50 |
| | | | Total<br>(Use only on last page) | | | | |

Sheet no. _3_ of _10_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re:  COHEN, MARCUS AND NANCY                                     Case No. _____

**Debtor**                                                          (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number:  4121-7415-5243-39624<br>CAPITAL ONE<br>P.O. BOX 85015<br>RICHMOND, VA  23285-5015 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $439.77 |
| Account Number:<br>NCO FINANCIAL SYSTEMS<br>P.O. BOX 2617, DEPT 64<br>GUASTI, CA  91743 | ☐ | | COLLECTION FOR CAPITAL ONE | ☐ | ☐ | ☐ | $439.77 |
| Account Number: 4366111011291635<br>SHERMAN ACQUISITIONS<br>FINANCIAL RECOVERY SERVICES, INC.<br>P.O. BOX 385908<br>MINNEAPOLIS, MN  55438-5908 | ☐ | | COLLECTION FOR FIRST USA BANK | ☐ | ☐ | ☐ | $6,223.46 |
| Account Number: CG3C89474432096<br>GE CAPITAL CARD<br>FINANCIAL RECOVERY SERVICES<br>P.O. BOX 385908<br>MINNEAPOLIS, MN  55438-5908 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $540.56 |
| Account Number: 30013921374510<br>RETAILERS NATIONAL BANK<br>MARSHALL FIELDS<br>111 BOULDER INDUSTRIAL DRIVE<br>BRIDGETON, MO  63044 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $4,335.24 |
| Account Number: 10020328881610<br>RETAILERS NATIONAL BANK<br>MARSHALL FIELDS<br>111 BOULDER INDUSTRIAL DRIVE<br>BRIDGETON, MO  63044 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $7,195.51 |
| Account Number: R0138211<br>RETAILERS NATIONAL BANK<br>MARSHALL FIELDS<br>111 BOULDER INDUSTRIAL DRIVE<br>BRIDGETON, MO  63044 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $888.00 |

|  | Subtotal<br>(Total of this page) | $20,062.31 |
|---|---|---|
|  | Total<br>(Use only on last page) | |

Sheet no.  4  of  10   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: COHEN, MARCUS AND NANCY                                    Case No.
        **Debtor**                                                (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: <br> ARROW FINANCIAL SERVICES, LLC <br> 21031 NETWORK PLACE <br> CHICAGO, IL  60678-1031 | ☐ | | COLLECTION FOR RETAILER'S NATIONAL BANK | ☐ | ☐ | ☐ | $12,418.75 |
| Account Number: <br> LATHROP & GAGE LC <br> 10851 MASTIN BLVD. <br> SUITE 1000 <br> OVERLAND PARK, KS  66210 | ☐ | | COLLECTION FOR MAY COMPANY | ☐ | ☐ | ☐ | $988.45 |
| Account Number: 1953393452 <br> ELDER BEERMAN STORES <br> P.O. BOX 671 <br> DAYTON, OH  45401-0671 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $1,440.89 |
| Account Number: 1953393452 <br> SANDFORD J. COHAN <br> ATTORNEY AT LAW <br> 2500 CORPORATE EXCHANGE DR. <br> SUITE 151A <br> COLUMBUS, OH  43231-7666 | ☐ | | COLLECTION FOR ELDER BEERMAN | ☐ | ☐ | ☐ | $1,440.89 |
| Account Number: 7689201911 <br> SAKS, INC. <br> CARSON PIRIE SCOTT <br> P.O. BOX 10327 <br> JACKSON, MS  39289-0327 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $1,780.48 |
| Account Number: 7689201911 <br> CREDITORS DISCOUNT & AUDIT <br> 331 FULTON STREET <br> SUITE 535 <br> PEORIA, IL  61602-1499 | ☐ | | COLLECTION FOR SAKS, INC. | ☐ | ☐ | ☐ | $1,780.48 |
| Account Number: 0060000000021022470 <br> REAIL RECOVER SERVICE OF NEW <br> 190 MOORE STREET <br> SUITE 300 <br> HACKENSACK, NJ  07601 | ☐ | | COLLECTION FOR SAKS FIFTH AVENUE | ☐ | ☐ | ☐ | $969.28 |

Subtotal
(Total of this page)          $20,819.22

Total
(Use only on last page)

Sheet no. _5_ of _10_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: COHEN, MARCUS AND NANCY                    Case No.

**Debtor**                                                      (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 4734207<br>BLOOMINGDALE'S<br>FDS BANK<br>9111 DUKE BLVD.<br>MASON, OH  45040-8999 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $714.66 |
| Account Number: 4734207<br>VAN RU CREDIT CORP.<br>10024 SKOKIE BLVD.<br>SUITE 2<br>SKOKIE, IL  60077-1109 | ☐ | | COLLECTION FOR FDS BANK/RETAIL | ☐ | ☐ | ☐ | $714.66 |
| Account Number: 0170668023840<br>CAPITAL MANAGEMENT SERVICES<br>726 EXCHANGE STREET<br>SUITE 700<br>BUFFALO, NY  14210 | ☐ | | COLLECTION FOR SEARS | ☐ | ☐ | ☐ | $777.89 |
| Account Number: 775929 COH<br>RADIOLOGY ASSOCIATES OF BERRIAN<br>SUITE D208<br>777 RIVERVIEW DRIVE<br>BENTON HARBOR, MI  49022 | ☐ | | MEDICAL SERVICES | ☐ | ☐ | ☐ | $96.00 |
| Account Number: 110360<br>NCO FINANCIAL SYSTEMS<br>P.O. BOX 41421<br>DEPT. 33<br>PHILADELPHIA, PA  19101 | ☐ | | COLLECTION FOR GATEWAY RADIOLOGY | ☐ | ☐ | ☐ | $60.00 |
| Account Number: 4168-1000-1843-9156<br>FIRST SELECT<br>P.O. BOX 660767<br>DALLAS, TX  75266-0767 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $3,220.00 |
| Account Number: 6011-3006-4150-2263<br>DISCOVER PRIVATE ISSUE<br>P.O. BOX 30397<br>SALT LAKE CITY, UT  84130-0397 | ☐ | | MISCELLAENOUS PURCHASES | ☐ | ☐ | ☐ | $6,871.00 |
| | | | | | | Subtotal<br>(Total of this page) | $12,454.21 |
| | | | | | | Total<br>(Use only on last page) | |

Sheet no.  6  of  10   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: COHEN, MARCUS AND NANCY                                          Case No.
_____
**Debtor**                                                              (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 172787<br>LAKELAND MEDICAL CENTER<br>ST. JOSEPH, MI  49085 | ☐ | | MEDICAL SERVICES | ☐ | ☐ | ☐ | $52.25 |
| Account Number: 372859478751000-D<br>AMERICAN EXPRESS<br>P.O. BOX 297812<br>FT. LAUDERDALE, FL  33329 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $966.87 |
| Account Number: 372859478751000-D<br>MITCHELL N. KAY PC<br>7 PENN PLAZA<br>NEW YORK, NY  10001-3995 | ☐ | | COLLECTION FOR AMERICAN EXPRESS | ☐ | ☐ | ☐ | $996.87 |
| Account Number: 1297809632<br>JCPENNEY<br>P.O. BOX 981400<br>EL PASO, TX  79998-1206 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $618.00 |
| Account Number: 6032-2032-9033-8986<br>WAL-MART<br>P.O. BOX 981400<br>EL PASO, TX  79998-1206 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $959.00 |
| Account Number: 134401469<br>WOLFF & ABRAHAMSON, LLP<br>702 KING FARM BLVD.<br>ROCKVILLE, MD  20850 | ☐ | | COLLECTION FOR BANK ONE | ☐ | ☐ | ☐ | $7,191.08 |
| Account Number: 5856373000019443<br>WFNNB-ANN TAYLOR<br>P.O. BOX 182273<br>COLUMBUS, OH  43218-2273 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $651.00 |
| | | | | | | Subtotal<br>(Total of this page) | $11,435.07 |
| | | | | | | Total<br>(Use only on last page) | |

Sheet no. _7_ of _10_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: COHEN, MARCUS AND NANCY
**Debtor**

Case No.
(if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 432682045165<br>FLEET BANK<br>301 ROCKERIMMON BLVD.<br>COLORADO SPRINGS, CO 80919 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $3,610.00 |
| Account Number: 436611101303<br>CHASE BANK<br>800 BROOKSEDGE BLDVD.<br>WESTERVILLE, OH 43081 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $9,632.00 |
| Account Number: 549035524639<br>MBNA AMERICA<br>P.O. BOX 17054<br>WILMINGTON, DE 19884 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $646.00 |
| Account Number: 426428020512<br>MBNA AMERICA<br>P.O. BOX 17054<br>WILMINGTON, DE 19884 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $1,217.00 |
| Account Number: 8510000000027<br>MMCA/CI<br>6150 OMNI PARK DRIVE<br>MOBILE, AL 36609 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $8,376.00 |
| Account Number: 214954802<br>LORD & TAYLOR<br>P.O. BOX 94873<br>CLEVELAND, OH 44101-4873 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $650.00 |
| Account Number: 5230011010066940<br>PORTFOLIO RECOVERY<br>P.O. BOX 12914<br>NORFOLK, VA 23541 | ☐ | | COLLECTIONS | ☐ | ☐ | ☐ | $7,094.60 |

Subtotal
(Total of this page)   $31,225.60

Total
(Use only on last page)

Sheet no. _8_ of _10_   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: **COHEN, MARCUS AND NANCY**       Case No. _____

**Debtor**       (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: P17025542<br>ALLIED INTERSTATE<br>3000 CORPORATE EXHCHANGE DRIVE<br>COLUMBUS, OH 43231 | ☐ | | COLLECTION FOR CAPITAL ONE | ☐ | ☐ | ☐ | $2,975.00 |
| Account Number: 0024021898406400001<br>ALLIED INTERSTATE<br>P.O. BOX 361316<br>COLUMBUS, OH 43236 | ☐ | | COLLECTION FOR VERIZON | ☐ | ☐ | ☐ | $301.63 |
| Account Number: 6164283487917<br>TRUE LOGIC FIN.<br>7100 E. BELLEVIEW AVE<br>STE. 308<br>INGLEWOOD, CO 80111-1634 | ☐ | | COLLECTION FOR AMERITECH | ☐ | ☐ | ☐ | $237.02 |
| Account Number: 4862-3624-9894-6683<br>CAPITAL ONE<br>P.O. BOX 790216<br>ST. LOUIS, MO 63179-0216 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $203.59 |
| Account Number: 4388-6425-5758-3500<br>CAPITAL ONE<br>P.O. BOX 790216<br>ST. LOUIS, MO 63179-0216 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $441.12 |
| Account Number: 0118585601<br>CARSON PIRIE SCOTT<br>P.O. BOX 10327<br>JACKSON, MS 39289-0327 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $500.00 |
| Account Number: 5797451121<br>BURDINE'S<br>CINCINNATI, OH 45201 | ☐ | | MISCELLANEOUS PURCHASES | ☐ | ☐ | ☐ | $500.00 |
| | | | | | | Subtotal<br>(Total of this page) | $5,158.36 |
| | | | | | | Total<br>(Use only on last page) | |

Sheet no. __9__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re: COHEN, MARCUS AND NANCY

**Debtor**

(if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: 4436013050838795<br>NEW CENTURY FIN. SVC.<br>2 RIDGEDALE AVENUE<br>STE. 104<br>CEDAR KNOLLS, NJ 07927 | ☐ | | COLLECTION FOR NATIONAL CITY | ☐ | ☐ | ☐ | $9,527.49 |
| Account Number: | ☐ | | | ☐ | ☐ | ☐ | |
| Account Number: | ☐ | | | ☐ | ☐ | ☐ | |
| Account Number: | ☐ | | | ☐ | ☐ | ☐ | |
| Account Number: | ☐ | | | ☐ | ☐ | ☐ | |
| Account Number: | ☐ | | | ☐ | ☐ | ☐ | |
| Account Number: | ☐ | | | ☐ | ☐ | ☐ | |
| | | | Subtotal<br>(Total of this page) | | | | $9,527.49 |
| | | | Total<br>(Use only on last page) | | | | $177,433.62 |

Sheet no. 10 of 10 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

In re:       COHEN, MARCUS AND NANCY,           Case No. _____

                **Debtor**                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

     State nature of debtor's interest in contract, i.e. "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.

     Provide the names and complete mailing addresses of all other parties to each lease or contract described.

     NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

  ☒   Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of Any Government Contract |
|---|---|
| | |

In re:                    COHEN, MARCUS AND NANCY,                                    Case No.
                                    **Debtor**                                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒   Check this box if debtor has no codebtors.

| Name and Mailing Address of Codebtor | Name and Mailing Address of Creditor |
|---|---|
|  |  |

In re: COHEN, MARCUS AND NANCY
_____
Debtor

Case No. _____
(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: MARRIED | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| | | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | PROJECT MANAGER | CLIENT SERVICES |
| Name of Employer | APEX FINANCIAL | HILCO RECEIVABLES, LLC |
| How Long Employed | 5 MONTHS | 15 MONTHS |
| Address of Employer | 1120 LAKE COOK ROAD BUFFALO GROVE, IL  60089 | 1120 LAKE COOK ROAD BUFFALO GROVE, IL  60089 |

**Income:** (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 2,660.22 | $ 2,143.44 |
| Estimated monthly overtime | $ | $ |
| SUBTOTAL | $ 2,660.22 | $ 2,143.44 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 252.84 | $ 169.72 |
| b. Insurance | $ 43.24 | $ 14.50 |
| c. Union dues | $ | $ |
| d. Other (Specify: OASDI) | $ 152.54 | $ 132.90 |
| e. Other (Specify: ) | $ | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 448.62 | $ 317.12 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,211.60 | $ 1,826.32 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| Social security or other government assistance (Specify: ) | $ | $ |
| Pension or retirement income | $ | $ |
| Other monthly income | | |
| | $ | $ |
| TOTAL MONTHLY INCOME | $ 2,211.60 | $ 1,826.32 |
| TOTAL COMBINED MONTHLY INCOME | $ 4,037.92 | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re:        COHEN, MARCUS AND NANCY
              **Debtor**                                                    Case No.
                                                                           (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,719.00 |
|     Are real estate taxes included?  ☐ Yes  ☒ No | | |
|     Is property insurance included?  ☐ Yes  ☒ No | | |
| Utilities:  Electric and heating fuel | $ | 150.00 |
|     Cable | $ | 30.00 |
|     Water and sewer | $ | |
|     Telephone | $ | 70.00 |
|     Other: | $ | |
| Home maintenance (repairs and upkeep) | $ | |
| Food | $ | 500.00 |
| Tobacco and Alcohol | $ | |
| Health and Beauty Products | $ | |
| Clothing | $ | 200.00 |
| Laundry and dry cleaning | $ | 100.00 |
| Medical and dental expenses | $ | 300.00 |
| Transportation (not including car payments) | $ | 150.00 |
| Recreation, clubs and entertainment, newspapers, magazines | $ | 25.00 |
| Charitable contributions | $ | |
| Automobile Repairs | $ | |
| School Tuition | $ | |
| School Related Expenses | $ | |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renters | $ | 100.00 |
|     Life | $ | 60.00 |
|     Health | $ | |
|     Auto | $ | 62.00 |
|     Other: | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) | $ | |
| Installment payments: (In chapter 12 or 13 cases, do not list payments to be included in the plan) | | |
|     Auto | $ | 370.00 |
|     Other: | $ | |
|     Other: | $ | |
| Alimony, maintenance, and support paid to others | $ | |
| Payments for support of additional dependents not living at your home | $ | |
| Day Care | $ | |
| Pet Care | $ | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| Other: | $ | |
| TOTAL MONTHLY EXPENSES | $ | 3,836.00 |

FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois, Eastern Division

In Re:        COHEN, MARCUS AND NANCY                    Case No. _____

**Debtor**                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19-25.  If the answer to any question is "None", mark the box labeled "None".  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

DEFINITIONS

"In business."  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider."  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None ☐        State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source (if more than one) |
|---|---|
| 2005 - $ 32,735.00 YTD | WAGES |
| 2004 - $20,000.00 | WAGES |
| 2003 - $20,000.00 | WAGES |

**2. Income other than from employment or operation of business**

None ☒    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Amount                                    Source (if more than one)

### 3. Payments to creditors

None ☒    a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Name and Address of Creditor              Dates of Payments        Amount Paid        Amount Still Owing

None ☒    b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Name and Address of Creditor
and Relationship to Debtor                Dates of Payment         Amount Paid        Amount Still Owing

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☒    a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Caption of Suit and Case Number           Nature of Proceeding     Court or Agency
                                                                   and Location        Status or Disposition

None ☒   process or seized property which had been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property was Seized | Date of Seizure | Description and Value of Property |
| --- | --- | --- |
| | | |

#### 5.  Repossessions, foreclosures and returns

None ☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure Sale, Transfer or Return | Description and Value of Property |
| --- | --- | --- |
| | | |

#### 6.  Assignments and receiverships

None ☒   a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
| --- | --- | --- |
| | | |

None ☒   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court Case Title and Number | Date of Order | Description and Value of Property |
| --- | --- | --- | --- |
| | | | |

None ☒        List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
|---|---|---|---|

## 8. Losses

None ☒        List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Description and Value of Property | Description of circumstances and, if loss was covered in whole or in part by insurance, give particulars | Date of Loss |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☐        List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| Name and Address of Payee | Date of Payment, Name of Payor if other than Debtor | Amount of Money or Description and Value of Property |
|---|---|---|
| JAMES POPE<br>17W 220 22ND STREET<br>SUITE 200<br>OAKBROOK TERRACE, IL  60181 | OCTOBER 2005 | $500.00 |
| DONALD J. COSLEY<br>1931 ROHLWING ROAD<br>SUITE C<br>ROLLING MEADOWS, IL  60008 | OCTOBER 2005 | $500.00 |

**10. Other transfers**

None ☒        List all other property, other than property transferred in the ordinary course of the business or financial affairs of
the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this
case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
| --- | --- | --- |

**11. Closed financial accounts**

None ☒        List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include
checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in
banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held
by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| Name and Address of Institution | Type and Number of Account and Amount of Final Balance | Amount and Date of Sale or Closing |
| --- | --- | --- |

**12. Safe deposit boxes**

None ☒        List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables
within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the
the spouses are separated and a joint petition is not filed.

| Name and Address of Bank or Other Depository | Names and Addresses of those with Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
| --- | --- | --- | --- |

None  ☒        List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days
preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information
concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
| --- | --- | --- |

### 14.  Property held for another person

None  ☒        List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
| --- | --- | --- |

### 15.  Prior address of debtor

None  ☐        If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises
which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is
filed, report also any separate address of either spouse.

| Address | Name Used | Dates of Occupancy |
| --- | --- | --- |
| 1158 HOHLFELDER<br>GLENCO, IL  60022 | MARCUS COHEN AND NANCY COHEN | 03/04 - 10/05 |
| 13795 FEATHER SOUND CIRCLE<br>CLEARWATER, FL | MARCUS COHEN AND NANCY COHEN | 3/02 - 3/04 |
| STRATFORD<br>ST. JOSEPH, MI | MARCUS COHEN AND NANCY COHEN | 99 - 02 |

**16. Spouses and former spouses**

None ☒          If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

Name

## 17. Environmental information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☒     a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

None ☒     b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|

None ☒   c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or
was a party to the proceeding, and the docket number.

Name and Address of
Governmental Unit                                        Docket Number                                    Status or Disposition


**18.  Nature, location and name of business**

None ☒   a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the
businesses, and beginning and ending dates of all businesses in which the debtor was an officer,
director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed
professional within the six-years immediately preceding the commencement of this case, or in which the debtor
owned 5 percent or more of the voting or equity securities within the six years immediately preceding the
commencement of this case.
　　　If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the
businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
percent or more of the voting or equity securities within the six years immediately preceding the
commencement of this case.
　　　If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the
businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
percent or more of the voting or equity securities within the six years immediately preceding the
commencement of this case.

Name, Taxpayer I.D. Number, Address                    Nature of Business                    Beginning and Ending Dates


None ☒   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as
defined in 11 U.S.C. § 101.

Name                                                                                      Address

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual
who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer,
directory, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner,
other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as
defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business
within those six years should go directly to the signature page.)

### 19.  Books, records and financial statements

None  ☒   a.  List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy
              case kept or supervised the keeping of books of account and records of the debtor.

Name and Address                                                                          Dates Services Rendered

None  ☒   b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
              have audited the books of account and records, or prepared a financial statement of this debtor.

Name and Address                                                                          Dates Services Rendered

None  ☒   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of
              account and records of the debtor.  If any of the books of account and records are not available, explain.

Name                                                                                      Address

None  ☒   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
              financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

Name and Address                                                                          Date Issued

**20. Inventories**

None ☒    a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

Date of Inventory                    Inventory Supervisor                    Amount of Inventory
                                                                            (Specify cost, market or other basis)

None ☒    b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

Date of Inventory                    Name and Address of Custodian of Inventory Records

### 21.  Current Partners, Officers, Directors and Shareholders

None ☒    a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

Name and Address                    Nature of Interest                    Percentage of Interest

None ☒    b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

Name and Address                    Title                    Nature and Percentage
                                                            of Stock Ownership

**22.  Former partners, officers, directors and shareholders**

None  ☒  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
preceding the commencement of this case.

Name and Address                                                                                      Date of Withdrawal

None  ☒  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
within one year immediately preceding the commencement of this case.

Name and Address                                              Title                                     Date of Termination

**23.  Withdrawals from a partnership or distributions by a corporation**

None  ☒         If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider
including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during
one year immediately preceding the commencement of this case.

Name and Address of Recipient,                                                                         Amount of Money

**24.  Tax consolidation group**

None  ☒         If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period
immediately preceding the commencement of this case.

Name of Parent Corporation                                                          Taxpayer Identification Number

**23. Pension Funds.**

None ☒    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of this case.

Name of Pension Fund                                                    Taxpayer Identification Number

[If completed by an individual or individual and spouse.]
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| 10- 9-2005 | /s/ Marcus Cohen |
|---|---|
| Date | Signature of Debtor |

| 10- 9-2005 | /s/ Nancy Cohen |
|---|---|
| Date | Signature of Co-Debtor |

* * * * * *

[If completed on behalf of a partnership or corporation]
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

| | |
|---|---|
| Date | Signature |

| |
|---|
| Print Name and Title |

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisionment for up to 5 years or both. 18 U.S.C. § 152 and 3571.

In re:          COHEN, MARCUS AND NANCY                    Case No.
_____                           _____
              **Debtor**                                          (if known)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois, Eastern Division

### STATEMENT
### Pursuant to Rule 2016(b)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that the compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with this bankruptcy case is as follows:

|                                                                  |    |          |
| ---------------------------------------------------------------- | -- | -------- |
| For legal services, I have agreed to accept                      | $  | 1,200.00 |
| Prior to the filing of this statement I have received            | $  | 300.00   |
| Amount of filing fee in this case paid                           | $  | 209.00   |
| Balance Due                                                      | $  | 300.00   |

2.  The source of the compensation paid to me was:
    ☒ Debtor(s)         ☐ Other    (Specify: )

3.  The source of the compensation to be paid to me is:
    ☒ Debtor(s)         ☐ Other    (Specify: )

4.  ☐   I have not agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.

    ☒   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    ☒   Analysis of the debtor(s) financial situation, and rendering advice to the debtor(s) in determining whether to file a petition in bankruptcy under title 11 of the United States Code.
    ☒   Preparation and filing of any petition, schedules, statements, and plan which may be required.
    ☒   Representation of the debtor(s) at the meeting of creditors.
    ☒   Negotiation of reaffirmation or surrender of secured collateral.
    ☐
    ☐

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

### CERTIFICATION

        I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____                      _____
      10- 9-2005                                        **/s/ Donald J. Cosley**
          Date                                          **Signature of Attorney**

In re:        COHEN, MARCUS AND NANCY                    Case No.
_____
           **Debtor**                                        (if known)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois, Eastern Division

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  My intention with respect to the property of the estate which secures those consumer debts are as follows:

    A.  Property To Be Surrendered

Description of Property                                     Creditor's Name

    B.  Property To Be Retained

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 2002 MITSUBISHI | MITSUBISHI CREDIT | ☐ | ☐ | ☒ |
| | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ |
| | | ☐ | ☐ | ☐ |

3.  I understand that § 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of intentions and my attachments thereto and that they are true and correct.

| 10- 9-2005 | /s/ Marcus Cohen |
|---|---|
| Date | **Signature of Debtor** |

| 10- 9-2005 | /s/ Nancy Cohen |
|---|---|
| Date | **Signature of Co-Debtor** |

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois, Eastern Division

In Re:      COHEN, MARCUS AND NANCY      Case No. _____

                         **Debtor**                                    (if known)

### VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (only one option may be selected per form):

☒   is the first mail matrix in this case.

☐   adds entities not listed on previously filed mailing list(s).

☐   changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐   deletes name(s) and address(es) on previously filed mailing list(s).

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct.

| 10- 9-2005 | /s/ Donald J. Cosley |
|---|---|
| Date | **Signature of Attorney** |

| **/s/ Marcus Cohen** | **/s/ Nancy Cohen** |
|---|---|
| **Signature of Debtor** | **Signature of Co-Debtor** |